ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
HERNOL RAH, as Proposed Administrator
of the Estate of Elena Gardner,
Deceased,

                    Plaintiff,        22 Civ. 3801 (LLS)

   - against -                        ORDER

TERENCE CARDINAL COOKE HEALTH CARE
CENTER,

                    Defendant.
- - - - - - - - - - - - - - - - - - -X

      Sufficient cause appearing, any proposed motion to dismiss or remand is stayed until the Second Circuit renders decisions in <u>Leroy v. Hume</u>, Nos. 21-2158, 21-2159 (cons.) and <u>Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center</u>, 21-2164, which may affect whether this Court has subject matter jurisdiction in this case.

      The parties shall contact the Court within 14 days after the latter of the Second Circuit's decisions in <u>Leroy</u> and <u>Rivera-Zayas</u>, with their proposed briefing schedule.

      So Ordered.

Dated: New York, New York
       October 5, 2022

                                                 Louis L. Stanton
                                                 LOUIS L. STANTON
                                                    U.S.D.J.